# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00615-CV

### In re Sheik Tahuti, Elfreda Allen, and Pyramid Bonds

### ORIGINAL PROCEEDING FROM TARRANT COUNTY

## M E M O R A N D U M   O P I N I O N

Relators have filed a petition for writ of mandamus.  *See* Tex. R. App. P. 52.8.  We deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Henson

Filed:   September 28, 2012